UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN MAGEE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Civil Action No.: 14-13587
Honorable Sean F. Cox
Magistrate Judge Elizabeth A. Stafford

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION [18]
AND VACATING THE ORDER TO SHOW CAUSE [17]**

Plaintiff Robin Magee filed this action on September 16, 2014, pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of the Social Security Administration denying her claim for benefits. [1]. On March 2, 2015, the Court entered a scheduling order requiring Plaintiff to file a motion for summary judgment by April 1, 2015. [16]. Plaintiff failed to timely file her motion, and the Court ordered her to show cause why the action should not be dismissed for failure to prosecute. In response, Plaintiff moved for an extension of time to file her summary judgment motion. [18]. The Court finds this to be a satisfactory response to the order to show cause.

Accordingly, the Court **GRANTS** Plaintiff's motion for an extension

[18] and **VACATES** the order to show cause [17].  Plaintiff's motion for summary judgment is due **MAY 1, 2015**; Defendant's motion for summary judgment is due **JUNE 1, 2015**; and Plaintiff's reply is due **JUNE 15, 2015**.

**IT IS ORDERED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: April 14, 2015

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 14, 2015.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager