UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robin Magee,

    Plaintiff,

v.                                        Case No.  14-13587

Carolyn W. Colvin, Acting Commissioner    Honorable Sean F. Cox
of Social Security,

    Defendant.
_____/

## ORDER ADOPTING
## 1/21/16 REPORT AND RECOMMENDATION

      In this action, Plaintiff Robin Magee appeals a final decision of the Commissioner denying her application for Supplemental Security Income under the Social Security Act.

      The matter was referred to Magistrate Judge Elizabeth Stafford for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

      Thereafter, the parties filed cross-motions for summary judgment.  In a Report and Recommendation ("R&R") issued on January 21, 2016, Magistrate Stafford recommends that: 1) Plaintiff's Motion for Summary Judgment be DENIED; and 2) the Commissioner's Motion for Summary be GRANTED, and that the Commissioner's decision be AFFIRMED.

      Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the January 21, 2016 R&R.

IT IS FURTHER ORDERED that: 1) Plaintiff's Motion for Summary Judgment is DENIED; and 2) the Commissioner's Motion for Summary is GRANTED, and that the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: February 8, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 8, 2016, by electronic and/or ordinary mail.

                                              S/Jennifer McCoy
                                              Case Manager